UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROQUE A. ANDERSON,<br><br>Plaintiff,<br><br>v.<br><br>RANCHO CUCAMONGA SHERRIFF'S DEPARTMENT, et.al.,<br><br>Defendants. | Case No. 5:21-cv-02170-JAK-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge.  Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made.  The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Plaintiff's official capacity claims are dismissed from the Fourth Amended Complaint with prejudice.

Dated:  Sept. 21, 2022    

_____

John A. Kronstadt
United States District Judge

1