JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROQUE ANTHONY ANDERSON, | Case No. 5:21-cv-02170-JAK-KES |
| Plaintiff, | **JUDGMENT** |
| v. | |
| RANCHO CUCAMONGA SHERIFF DEPARTMENT, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the Fourth Amended Complaint and entire action is dismissed without prejudice but without leave to amend.

DATED:  October 24, 2022

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE